IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | |
|---|---|
| In re the Detention of:<br><br>H.H.,<br><br>             Appellant. | No. 87653-8-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION |

PER CURIAM — H.H. appeals an order committing her for up to 180 days of involuntary treatment. We previously accepted the State's concession of error as to the 14-day order of involuntary commitment entered in the same trial court proceedings and remanded for an order vacating the order of commitment and dismissing the petition. *See* No. 86515-3-I. Because a 180-day civil commitment order is dependent upon a 14-day commitment order having been validly entered previously, the State concedes that the 180-day commitment order underlying this appeal must also be vacated. *See* RCW 71.34.750(2)(d) (the petition for 180-day commitment "shall contain" "the date of the fourteen-day commitment order."). We accept the concession of error, vacate the 180-day commitment order, and remand for an order vacating the order of commitment and dismissing the petition.

FOR THE COURT:

_Mann, J._

_Díaz, J._

_____, ACJ